AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

☑ ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

Jeffrey Mickens
Plaintiff

V.

Kendall Hickman, ETAL
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:  0 6 - 6 1

I, Jeffrey Mickens, declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant       • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

JAN 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    • (Yes)    • •No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration Sussex Correctional Instituton

   **Inmate Identification Number (Required):** # 203738

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?    • •Yes    • (No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • (No) |
   | b. | Rent payments, interest or dividends | • • Yes | • (No) |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • (No) |
   | d. | Disability or workers compensation payments | • • Yes | • (No) |
   | e. | Gifts or inheritances | • • Yes | • (No) |
   | f. | Any other sources | • (Yes) | • • No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   Commissary Funds #25 to 50 a month.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?   · · Yes   · No

    If "Yes" state the total amount $ _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

    · · Yes   · No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

    None

I declare under penalty of perjury that the above information is true and correct.

12/15/05
DATE

_Jeffrey Mickens_
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

Page 1 of 4

**SBI:** 00203738   **NAME:** MICKENS, JEFFREY

| Date | Balance |
|---|---|
| 06/01/2005 | $14.74 |
| 06/02/2005 | $14.74 |
| 06/03/2005 | $14.74 |
| 06/04/2005 | $14.74 |
| 06/05/2005 | $14.74 |
| 06/06/2005 | $14.74 |
| 06/07/2005 | $3.87 |
| 06/08/2005 | $3.87 |
| 06/09/2005 | $3.87 |
| 06/10/2005 | $3.87 |
| 06/11/2005 | $3.87 |
| 06/12/2005 | $3.87 |
| 06/13/2005 | $3.87 |
| 06/14/2005 | $3.87 |
| 06/15/2005 | $3.87 |
| 06/16/2005 | $3.87 |
| 06/17/2005 | $3.87 |
| 06/18/2005 | $3.87 |
| 06/19/2005 | $3.87 |
| 06/20/2005 | $3.87 |
| 06/21/2005 | $3.87 |
| 06/22/2005 | $3.87 |
| 06/23/2005 | $3.87 |
| 06/24/2005 | $3.87 |
| 06/25/2005 | $3.87 |
| 06/26/2005 | $3.87 |
| 06/27/2005 | $3.87 |
| 06/28/2005 | $3.87 |
| 06/29/2005 | $3.87 |
| 06/30/2005 | $3.87 |
| 07/01/2005 | $53.87 |
| 07/02/2005 | $53.87 |
| 07/03/2005 | $53.87 |
| 07/04/2005 | $53.87 |
| 07/05/2005 | $53.87 |
| 07/06/2005 | $3.87 |
| 07/07/2005 | $3.87 |
| 07/08/2005 | $3.87 |
| 07/09/2005 | $3.87 |
| 07/10/2005 | $3.87 |
| 07/11/2005 | $3.87 |
| 07/12/2005 | $1.95 |
| 07/13/2005 | $1.95 |
| 07/14/2005 | $1.95 |
| 07/15/2005 | $1.95 |
| 07/16/2005 | $1.95 |
| 07/17/2005 | $1.95 |
| 07/18/2005 | $1.95 |

0 6 -   6 1



FILED

JAN 30 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 12/16/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 2 of 4

SBI: 00203738     NAME:   MICKENS, JEFFREY

| Date | Balance |
|---|---|
| 07/19/2005 | $1.95 |
| 07/20/2005 | $1.95 |
| 07/21/2005 | $1.95 |
| 07/22/2005 | $1.95 |
| 07/23/2005 | $1.95 |
| 07/24/2005 | $1.95 |
| 07/25/2005 | $1.95 |
| 07/26/2005 | $1.95 |
| 07/27/2005 | $1.95 |
| 07/28/2005 | $1.95 |
| 07/29/2005 | $1.95 |
| 07/30/2005 | $1.95 |
| 07/31/2005 | $1.95 |
| 08/01/2005 | $1.95 |
| 08/02/2005 | $1.95 |
| 08/03/2005 | $51.95 |
| 08/04/2005 | $51.95 |
| 08/05/2005 | $51.95 |
| 08/06/2005 | $51.95 |
| 08/07/2005 | $51.95 |
| 08/08/2005 | $51.95 |
| 08/09/2005 | $8.13 |
| 08/10/2005 | $8.13 |
| 08/11/2005 | $8.13 |
| 08/12/2005 | $8.13 |
| 08/13/2005 | $8.13 |
| 08/14/2005 | $8.13 |
| 08/15/2005 | $8.13 |
| 08/16/2005 | $0.23 |
| 08/17/2005 | $100.23 |
| 08/18/2005 | $100.23 |
| 08/19/2005 | $100.23 |
| 08/20/2005 | $100.23 |
| 08/21/2005 | $100.23 |
| 08/22/2005 | $100.23 |
| 08/23/2005 | $65.82 |
| 08/24/2005 | $65.82 |
| 08/25/2005 | $5.82 |
| 08/26/2005 | $5.82 |
| 08/27/2005 | $5.82 |
| 08/28/2005 | $5.82 |
| 08/29/2005 | $5.82 |
| 08/30/2005 | $0.05 |
| 08/31/2005 | $0.05 |
| 09/01/2005 | $0.05 |
| 09/02/2005 | $0.05 |
| 09/03/2005 | $0.05 |
| 09/04/2005 | $0.05 |

Printed: 12/16/2005

## *Average Daily Balance For Pauper Filing*
### For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005

Page 3 of 4

**SBI:** 00203738  **NAME:** MICKENS, JEFFREY

| Date | Balance |
|---|---|
| 09/05/2005 | $0.05 |
| 09/06/2005 | $0.05 |
| 09/07/2005 | $0.05 |
| 09/08/2005 | $2.53 |
| 09/09/2005 | $0.78 |
| 09/10/2005 | $0.78 |
| 09/11/2005 | $0.78 |
| 09/12/2005 | $0.78 |
| 09/13/2005 | $0.20 |
| 09/14/2005 | $0.20 |
| 09/15/2005 | $0.20 |
| 09/16/2005 | $0.20 |
| 09/17/2005 | $0.20 |
| 09/18/2005 | $0.20 |
| 09/19/2005 | $0.20 |
| 09/20/2005 | $0.20 |
| 09/21/2005 | $0.20 |
| 09/22/2005 | $25.20 |
| 09/23/2005 | $25.20 |
| 09/24/2005 | $25.20 |
| 09/25/2005 | $25.20 |
| 09/26/2005 | $25.20 |
| 09/27/2005 | $2.27 |
| 09/28/2005 | $2.27 |
| 09/29/2005 | $2.27 |
| 09/30/2005 | $2.27 |
| 10/01/2005 | $2.27 |
| 10/02/2005 | $2.27 |
| 10/03/2005 | $2.27 |
| 10/04/2005 | $0.43 |
| 10/05/2005 | $0.43 |
| 10/06/2005 | $7.26 |
| 10/07/2005 | $7.26 |
| 10/08/2005 | $7.26 |
| 10/09/2005 | $7.26 |
| 10/10/2005 | $7.26 |
| 10/11/2005 | $0.36 |
| 10/12/2005 | $0.36 |
| 10/13/2005 | $0.36 |
| 10/14/2005 | $0.36 |
| 10/15/2005 | $0.36 |
| 10/16/2005 | $0.36 |
| 10/17/2005 | $0.36 |
| 10/18/2005 | $0.36 |
| 10/19/2005 | $0.36 |
| 10/20/2005 | $0.36 |
| 10/21/2005 | $0.36 |
| 10/22/2005 | $0.36 |

Printed: 12/16/2005     *Average Daily Balance For Pauper Filing*     Page 4 of 4
*For Days the Individual was in Residence at SCI from 6/1/2005 through 11/30/2005*

SBI: *00203738*     NAME: **MICKENS, JEFFREY**

| Date | Balance |
|---|---|
| 10/23/2005 | $0.36 |
| 10/24/2005 | $25.36 |
| 10/25/2005 | $21.36 |
| 10/26/2005 | $21.36 |
| 10/27/2005 | $21.36 |
| 10/28/2005 | $14.40 |
| 10/29/2005 | $14.40 |
| 10/30/2005 | $14.40 |
| 10/31/2005 | $14.40 |
| 11/01/2005 | $14.40 |
| 11/02/2005 | $14.40 |
| 11/03/2005 | $14.40 |
| 11/04/2005 | $26.40 |
| 11/05/2005 | $26.40 |
| 11/06/2005 | $26.40 |
| 11/07/2005 | $26.40 |
| 11/08/2005 | $26.40 |
| 11/09/2005 | $26.40 |
| 11/10/2005 | $26.40 |
| 11/11/2005 | $26.40 |
| 11/12/2005 | $26.40 |
| 11/13/2005 | $26.40 |
| 11/14/2005 | $26.40 |
| 11/15/2005 | $26.40 |
| 11/16/2005 | $26.40 |
| 11/17/2005 | $26.40 |
| 11/18/2005 | $26.40 |
| 11/19/2005 | $26.40 |
| 11/20/2005 | $26.40 |
| 11/21/2005 | $26.40 |
| 11/22/2005 | $26.40 |
| 11/23/2005 | $26.40 |
| 11/24/2005 | $26.40 |
| 11/25/2005 | $26.40 |
| 11/26/2005 | $26.40 |
| 11/27/2005 | $26.40 |
| 11/28/2005 | $26.40 |
| 11/29/2005 | $26.17 |
| 11/30/2005 | $26.17 |

Summary for 'SBI' = 00203738 (183 detail records)     **Average Daily Balance:**    $14.98

## Prior Month -- Individual Statement

Date Printed: 12/16/2005  Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $14.74 |
|---|---|---|---|---|---|---|
| 00203738 | MICKENS | JEFFREY | | | | |
| Current Location: | PRE-TRIAL UNIT 4 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 6/7/2005 | $3.78 | $0.00 | $0.00 | $0.00 | $18.52 |
| Commissary | | 6/7/2005 | ($14.65) | $0.00 | $0.00 | $0.00 | $3.87 |
| | | | | | Ending Mth Balance: | | $3.87 |

## Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                                 Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $3.87 |
|---|---|---|---|---|---|---|
| 00203738 | MICKENS | JEFFREY | | | | |
| Current Location: | PRE-TRIAL UNIT 4 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | NONE | 7/1/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $53.87 |
| Pay-To | TIFFANY DENNIS | 7/6/2005 | ($50.00) | $0.00 | $0.00 | $0.00 | $3.87 |
| Commissary | | 7/12/2005 | ($1.92) | $0.00 | $0.00 | $0.00 | $1.95 |
| | | | | | | Ending Mth Balance: | $1.95 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                                 Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.95 |
|---|---|---|---|---|---|---|
| 00203738 | MICKENS | JEFFREY | | | | |
| Current Location: | PRE-TRIAL UNIT 4 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | VERNON? | 8/3/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $51.95 |
| Commissary | | 8/9/2005 | ($43.82) | $0.00 | $0.00 | $0.00 | $8.13 |
| Commissary | | 8/16/2005 | ($7.90) | $0.00 | $0.00 | $0.00 | $0.23 |
| Visit MO | TIASHA SHOCKLEY | 8/17/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $100.23 |
| Commissary | | 8/23/2005 | ($34.41) | $0.00 | $0.00 | $0.00 | $65.82 |
| Pay-To | MONICA CARTER | 8/25/2005 | ($60.00) | $0.00 | $0.00 | $0.00 | $5.82 |
| Commissary | | 8/30/2005 | ($5.77) | $0.00 | $0.00 | $0.00 | $0.05 |
| | | | | | | Euding Mth Balance: | $0.05 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                                                           Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.05 |
|---|---|---|---|---|---|---|
| 00203738 | MICKENS | JEFFREY | | | | |
| Current Location: | PRE-TRIAL UNIT 4 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 9/8/2005 | $2.48 | $0.00 | $0.00 | $0.00 | $2.53 |
| Pay-To | | 9/9/2005 | ($1.75) | $0.00 | $0.00 | $0.00 | $0.78 |
| Commissary | | 9/13/2005 | ($0.58) | $0.00 | $0.00 | $0.00 | $0.20 |
| Visit MO | V SHOCKLEY | 9/22/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $25.20 |
| Commissary | | 9/27/2005 | ($22.93) | $0.00 | $0.00 | $0.00 | $2.27 |
| | | | | | | Ending Mth Balance: | $2.27 |

# Prior Month -- Individual Statement

Date Printed: 12/16/2005  Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.27 |
|---|---|---|---|---|---|---|
| 00203738 | MICKENS | JEFFREY | | | | |
| Current Location: | PRE-TRIAL UNIT 4 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 10/4/2005 | ($1.84) | $0.00 | $0.00 | $0.00 | $0.43 |
| Payroll | | 10/6/2005 | $12.08 | $0.00 | $0.00 | $0.00 | $12.51 |
| Pay-To | | 10/6/2005 | ($5.25) | $0.00 | $0.00 | $0.00 | $7.26 |
| Commissary | | 10/11/2005 | ($6.90) | $0.00 | $0.00 | $0.00 | $0.36 |
| Visit MO | V. SHOCKLEY | 10/24/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $25.36 |
| Medical | | 10/25/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $25.36 |
| Medical | | 10/25/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $21.36 |
| Commissary | | 10/28/2005 | ($6.96) | $0.00 | $0.00 | $0.00 | $14.40 |
| | | | | | | Ending Mth Balance: | $14.40 |

## Prior Month -- Individual Statement

Date Printed: 12/16/2005                                                                 Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $14.40 |
|---|---|---|---|---|---|---|
| 00203738 | MICKENS | JEFFREY | | | | |
| Current Location: | PRE-TRIAL UNIT 4 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 11/4/2005 | $16.00 | $0.00 | $0.00 | $0.00 | $30.40 |
| Commissary | | 11/4/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $26.40 |
| Postage | | 11/29/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $26.40 |
| Postage | | 11/29/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $26.17 |
| | | | | | **Ending Mth Balance:** | | **$26.17** |