

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) JEFFREY NICKENS 203738
    (Name of Plaintiff)        (Inmate Number)

Sussex Correctional Institution
P.O. Box 500 Georgetown, DEL
    (Complete Address with zip code)    19947

(2) N\A
    (Name of Plaintiff)        (Inmate Number)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

vs.

(1) Lt. Kendall Hickman

(2) Sgt. Barry Biles

(3) C/o Greg Smith
        (Names of Defendants)
( Defendants cont...See Next Page )
(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

0 6 -   6 1

(Case Number)
( to be assigned by U.S. District Court)

**CIVIL  COMPLAINT**

• • Jury Trial Requested

F I L E D

JAN 3 0 2006

U S DISTRICT COURT
DISTRICT OF DELAWARE

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
      including year, as well as the name of the judicial officer to whom it was assigned:

N\A

Defendants continued...

4. C/o William Billy Jackson

5. C/o TeANNA Banks

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.  Is there a prisoner grievance procedure available at your present institution?  (• Yes) • • No

B.  Have you fully exhausted your available administrative remedies regarding each of your present claims?  (• Yes )• • No

C.  If your answer to "B" is Yes:

   1. What steps did you take?  I filed a timely Appeal on my class one write-up.

   2. What was the result?  I never received a reply. I guess it was denied, Plaintiff went to Hole.

D.  If your answer to "B" is No, explain why not:  write ups are non Grievable.

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant:  Kendall Hickman

Employed as  Lt. Security  at  Sussex Correctional Inst.

Mailing address with zip code:  Sussex Correctional Institution P.O. Box 500  Georgetown, Delaware  19947

(2) Name of second defendant:  Barry Biles

Employed as  SGt. Security  at  Sussex Correctional Inst.

Mailing address with zip code:  Sussex Correctional Institution P.O. Box 500 Georgetown, Delaware  19947

(3) Name of third defendant:  Greg Smith

Employed as  Security  at  Sussex Correctional Inst.

Mailing address with zip code:  Sussex Correctional Institution P.O. Box 500 Georgetown, Delaware  19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)
(SEE Defendants continued next Page)

Defendants names and addresses continued.

4. Name of defendant   Billy Jackson
   Employed as   Security   at Sussex Correctional Inst.
   Mailing address with zip code: Sussex Correctional Inst-
   itution P.O. Box 500 Georgetown, Delaware 19947


5. Name of Defendant   Teanna Banks
   Employed as   Security   at Sussex Correctional Inst.
   Mailing address with zip code: Sussex Correctional Inst-
   utition P.O. Box 500 Georgetown, Delaware 19947

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On Oct 18, 2005 someone from B-Dorm Hollowered out the window to a female officer exiting the building. (Inmates are Prohibited from Yelling or talKING out the windows.). Staff received a call that a inmate named Neil Berdale was the

2. one who Yelled at the female officer. StG. Barry Biles came to B-Dorm and told said inmate to Pack up his belongings and removed him from B-Dorm to A-Dorm. (A-Dorm is Nortorious for being Loud, dirty, violent with stealing ect... It's used by

3. officers to move inmates there as unwritten Punishment.). Approximately Ten minuets later SGt. Biles returned to B-Dorm and told Plaintiff to Pack up also for movement to A-Dorm. (Apparently another inmate said Plaintiff also Hollowered out the window.). SEE STATEMENT OF CLAIM CONTINUED....

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Cruel and Unusual Punishment: Plaintiff seeks Damages in excess of $250,000

2. Pain and suffering:
   Plaintiff seeks damages in excess of
   $250,000.

3. Mental Anguish and Humiliation
   Plaintiff seeks damages in excess
   of $250,000.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___16___ day of __JANUARY_____, 2006 .

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Siguature of Plaintiff 3)

6

(STATEMENT OF CLAIM CONTINUED)

Plaintiff Packed his Personal items and moved them to A-Dorm. Entering A-dorm Plaintiff received verbal threats from several inmates he had Problems with in the Past. Plaintiff came out of A-dorm and approached officer Greg Smith and informed officer Smith of the verbal threats as well as the names of said inmates and stated that he refuses housing on A-dorm.

OFFicer Smith went to SGt. Biles to report Plaintiffs refusual of housing and returned telling Plaintiff he had to wait because SGT. was busy with something else. At this time school was called for which inmates including Plaintiff would get a Pass and report to the education building. Plaintiff before Leaving building For school went to SGt. Biles office and Personally told SGt. Biles he refuses housing and why. SGt. Biles responded by calling Plaintiff a clown and telling Plaintiff to get out of his office that he would deal with Plaintiff's Ass later. Plaintiff then went to school for approximately 1'1/2 hours.

AFter returning from school Plaintiff again told officer Smith that he refuses housing and For officer Smith to call the shift commander or who ever he had to call because Plaintiff feared being harmed on A-dorm and that SGt. Biles was taking no action regarding his fear or refusual. (SEE REVERSE SIDE)

OFFicer Smith again went to SGt. Biles and informed that Plaintiff again was refuseing and wants to go to A.S.DA. (A.S.DA. is a administrative Segergation area where inmates are Placed Pre hearing.).

At this time SGt. Biles came to Plaintiff and ask Plaintiff if he was refuesing housing and Plaintiff responded yes. SGt. Biles then ask Plaintiff to put his hands behind his back handcuffed Plaintiff and told Plaintiff to sit down in the chow hall and await transfer to A.S.DA. (Standard OPPerating Procedure calls for inmates who refuse housing to be placed into A.S.DA.).

AFter siting down Plaintiff over heard SGt. Biles call Lt. Hickman on the Phone who was right up-stairs in the same building. Plaintiff heard SGt. Biles Laughing and saying yell we will deal with him. Approximately 30 seconds later Lt. Hickman came down stairs to Plaintiff and ask Plaintiff if he was refuesing housing, Plaintiff responded with a yes. Lt. Hickman then Proceeded to remove the handcuffs while stating your not going to A.S.DA. Your taking your fucking ass to A-Dorm.

AFter removing the cuffs from Plaintiff Lt. Hickman told c/o Smith to open A-dorm bars which was Approximately 15 Feet from where Plaintiff stood. Lt. Hickman told Plaintiff to go into the dorm for which Plaintiff responded he had Problems in that Dorm and wants to go to A.S.DA. but

before Plaintiff was able to finish what he was saying Lt. Hickman grabbed Plaintiff by his back and up under his armpit from the Left side and violently Pulled Plaintiff stating your gonna take your fucking ass on the Teir. Lt. Hickman Pulled Plaintiff to A-dorm gate and Pushed Plaintiff into the bars. Plaintiff again stated he had Problems in this dorm and wants to refuse housing. Lt. Hickman Pushed Plaintiffs head and face into the bars with both hands causing severe pain while Sgt. Biles cap-stunned Plaintiff in the face.

Plaintiff was then grabbed around his neck by Sgt. Biles and pulled back into the chow hall to where Plaintiff was before being uncuffed by Lt. Hickman. At this time Plaintiff heard Sgt. Biles say you should have taking your ass in the dorm now you're gonna get fucked up. Plaintiff was being pulled, pushed and thrown around and onto the floor by Sgt. Biles, Lt. Hickman and c/o Smith all the while Plaintiff was screaming I give, I give and Sgt. Biles stated no aint" no giving now. At this time I was on my back on the floor when Lt. Hickman placed his Foot directly on my face and was trying to stand on my face puting as much pressure on my face as he could causing me extreme pain. As a result of this Plaintiff tried to push Lt. Hickmans foot off his face with his hands when Plaintiff was then turned over onto his stomach to be cuffed while still screaming I give, I give. (SEE REVERSE SIDE)

I was then cap stunned again in my face.

SGt. Biles instead of cuffing Plaintiff he placed his Knee in my back and locked his fingers together around my neck and Proceeded to pull backwards while choking me at the same time. SGt. Biles then got his forearms around my neck and was choking me with his might while stating from a whisper and geting Louder and louder saying Die Die Die, saying this approximately six times. Lt. Hickman then stated Fuck it Barry go ahead and choke him out.

While Sgt. Biles was choke ing Plaintiff Lt. Hickman and C/o Smith was holding Plaintiffs arms out Past my sides. Plaintiff while starting to Panic from being choked and fearing for my Life of being choked unconcious and not coming back around Plaintiff was able to pull my arms and hands to my neck and try to release pressure on my neck from Sgt. Biles grip while screaming I give, I give what the hell are you doing!

At this time C/o Banks who stood by the whole time watching stated give me your hands so I can cuff you. At this time Plaintiff Placed his Left hand behind my back while still trying to release pressure off my neck with my right hand. Plaintiff was still trying to plea I give, I give. Although Plaintiff was still being choked by SGt. Biles and feared for my life I let lose with my right hand to be cuffed ( SEE NEXt PAGE CONT.)

10

and hopefully stop being choked by SGt. Biles and I started yelling Please dont Kill me, Please dont Kill me.

After C/o Banks cuffed me SGt. Biles stopped chokeing me but grabed the back of my head and rummed my face into the concreat floor using his body weight and saying you should of Taking your ass on the dam teir. After Sgt. Biles got off my back I stood up on my own and sat down at a chow hall table.

At this time Lt. Hickman while Laughing ask if anyone called a code. C/o Smith Sgt. Biles as well as C/o Banks stated they did not call a code. At that time Sgt. Biles called in a code. ( Standard OPPerating Procedure calls for a code to be called immediately when a Problem may arise. A code is a distress call to all surrounding buildings so all available security staff may respond.). C/o Jackson who was upstairs the whole time came down stairs after hearing the code called in his own building and stated what the hell is going on. He was unaware of the whole incident though he was right up the stairs.

At this time C/o Banks ask if she should transport Plaintiff to A.S.DA for which Lt. Hickman responded no let him sit there till someone responding to the code arrives. The first two officers responding to the code never made it into the building as plaintiff was shoved out the door to them by Sgt. Biles who stated to them he's the only one.

( SEE REVERSE SIDE)

Plaintiff was transfered to medical as standard Procedure for severe burning of his eyes, However, medical refused to treat him at that time, but later treated Plaintiff for neck, shoulder and facial injuries from the assult by the guards named in complaint.

C/o Banks as well as c/o Jackson had a realistic oppertunity to Prevent assult on Plaintiff but was inactive in stopping it. In fact c/o Jackson who was right up the stairs was completely unaware of what was going on in his own building.

About a week later on or about Oct 24, 05 Sgt. Biles was in the A.S.D.A area and stated to Plaintiff you soft ass bitch you cant" take nothing while Laughing at Plaintiff. Another inmate (Bruce Jackson) who was in A.S.DA with Plaintiff ask Sgt. Biles did Plaintiff scream when he was cap stunned and Sgt Biles while Laughing stated no he was screaming when I was chokeing his ass. Plaintiff has other witnesses to this incident.

Plaintiff was never written up for refuseing housing but written up for assult and spent 40 days in the hole.

The force used againts Plaintiff was unjustified by any Legitimate Prison management need. It was excessive and objectively unreasonably, was not applied in good faith to restore or maintain discipline but was maliciously and sadistically applied to cause harm to Plaintiff. (END OF REPORT.)

12

UNITED STATES POSTAGE $
02 1A
0004608975
MAILED FROM ZIP

# 203738
I/M: JEFFRE Y MICKENS BLDG. SHU # 19 D-O 11

DE. CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE 19977

CLERK.
U.S. DISTRICT COURT
LockBox 18
844 N. KING STREET
WILMINGTON, DE 19801


U.S.M.S
X-RAY

CLERK OF THE COURT

U.S. DISTRICT COURT

    LOCK BOX 18

  844 N. KING STREET

WILMINGTON, DE

        1981

06 -        6 1

```
F I L E D

JAN 30 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

         CLER:

       PLease find encolased one (1) orginial

and Seven (7) copies of my 1983 action as

well as my application to procceed in forma

Pauperis in accordance to F.R.C.P.


PLeace FiNd I have a address Change I

was moved From S.C.I. to D.C.C.

I am having problems with law labrary I wanted

To chAnge address on cover of CIVIL Complaint.


    I Thank you in advance for your

Time concerning this matter.


JEFFREY MICKENS # 203738    Sincerely.

DE CORRECTIONAL CENTER    Jeffrey Mickens

1181 PADDock RoaD    #203738

SMYRNA, DE 19977