IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY MICKENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-061-GMS |
| | ) |
| LT. KENDALL HICKMAN, | ) |
| SGT. BARRY BILES, | ) |
| CO. GREG SMITH, | ) |
| CO. BILLY JACKSON, | ) |
| CO. TEANNA BANKS, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
MAR 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I, Jeffrey Mickens, SBI #203738, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $9.48 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated *March 9*, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: *March 21*, 2006.

_____
Signature of Plaintiff

**Sender:**

IMMR. JEFFREY MICKENS
SBI# 203738   UNIT SHU #19 D-U-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

**Postage:** UNITED STATES POSTAGE — PITNEY BOWES — $00.37° — MAR 22 2006 — MAILED FROM ZIP CODE 19977

**Addressee:**

OFFICE OF THE CLERK
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE
19801-3570