Civil Action No. 06-061-GMS
5-2-06

I JEFFREY MICKENS AM NO LONGER INCARCERATED I AM SENDING MY NEW MAILING ADDRESS TO CLERK OF COURT.

Civil Action No. 06-061-GMS

ADDRESS: 9254 CROOKED RD.
LINCOLN, DE 19960-3923

I THANK YOU IN ADVANCE FOR YOU TIME CONCERNING THIS MATTER.

SINCERELY
JEFFREY MICKENS
*(signed)* Jeffrey Mickens

FILED
MAY - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

MR. JEFFREY MICKENS
9254 CROOKED RD
LINCOLN, DE 19960-3923



WILMINGTON DE 197
03 MAY 2006 PM 3 L

Clerk: U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE. 19801