IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY MICKENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-61-GMS |
| | ) |
| LT. KENDALL HICKMAN, SGT. BARRY | ) |
| BILES, C/O GREG SMITH, C/O BILLY | ) |
| JACKSON, and C/O TEANNA BANKS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, Jeffrey Mickens ("Mickens"), was a prisoner incarcerated at the Delaware Correctional Center ("DCC"), Smyrna, Delaware, at the time he filed this 42 U.S.C. § 1983 lawsuit, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on March 13, 2006, the court entered an order and granted Mickens leave to proceed *in forma pauperis*, assessing a filing fee of $250, requiring Mickens to pay an initial partial filing fee of $9.48, and Mickens paid the initial filing fee on May 4, 2006 (D.I. 4);

WHEREAS, the court received correspondence from Mickens dated May 2, 2006, that indicated he had been released from prison and that provided the court with his home address upon release;

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. *Robbins v. Switzer,* 104 F.3d 895, 899 (7th Cir. 1997); *see also Drayer v. Attorney General,* Nos. 03-2517, 03-2518, 81 Fed.Appx. 429 (3d. Cir. 2003).

THEREFORE, at Wilmington this __16__ day of May, 2006, IT IS HEREBY ORDERED

that within thirty days from the date of this order, Mickens shall either pay the balance of the filing fee owed ($240.52) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so that the court may determine whether he is still eligible to proceed *in forma pauperis*.

**NOTE: Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

_____
UNITED STATES DISTRICT JUDGE