IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY MICKENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-61-GMS |
| | ) |
| LT. KENDALL HICKMAN, SGT. BARRY | ) |
| BILES, C/O GREG SMITH, and | ) |
| C/O TEANNA BANKS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, Jeffrey Mickens ("Mickens"), was a prisoner incarcerated at the Delaware Correctional Center, Smyrna, Delaware, at the time he filed this 42 U.S.C. § 1983 lawsuit, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, the court received correspondence from Mickens dated May 2, 2006, that indicated he had been released from prison and that provided the court with his home address upon release;

WHEREAS, on May 15, 2006, the court ordered the plaintiff to either pay the balance of the filing fee he owed ($240.52) or submit a new standard form application to proceed without prepayment of fees and affidavit within thirty days of the date of the order (D.I. 7);

WHEREAS, the time has lapsed and the plaintiff has not complied with the court's order of May 16, 2006;

THEREFORE, at Wilmington this 3rd day of July, 2006, IT IS HEREBY

ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE